IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LENNOX SMITH-STEWART,

    Plaintiff,

v.

B.A. BLEDSOE, Warden, and DR. A. BUSSANICH, Clinical Director,

    Defendants.

CIVIL ACTION NO. 3:08-CV-2283

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW**, this 18th day of August 2009, upon review of Magistrate Judge J. Andrew Smyser's Report and Recommendation (Doc. 21) for plain error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1)     The Report and Recommendation (Doc. 21) is **ADOPTED**.

(2)     This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

(3)     The Clerk of the Court is instructed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge